IN RE SENATE RESOLUTION RELATING TO CONSTITUTION-
ALITY OF PROPOSED RE-APPORTIONMENT BILL.

THE matter was submitted by a preamble and resolu-
tion from the senate, as follows: " Whereas, section 45,
article 5, of the constitution of the state of Colorado pro-
vides as follows: ' Sec. 45. The general assembly shall
provide by law for an enumeration of the inhabitants of
the state in the year of our Lord 1885, and every tenth
year thereafter; and at the session next following such
enumeration, and at the session next following an enu-
meration made by the authority of the United States,
shall revise and adjust the apportionment for senators
and representatives on the basis of such enumeration,
according to ratios to be fixed by law;' and whereas,
the last enumeration of the inhabitants of the state of
Colorado was made in the year 1885; and whereas, at
the session of the general assembly of the state next
following such enumeration, to wit, at the session of the
sixth general assembly convened and held in the year
1887, a bill was introduced revising and adjusting the
apportionment for senators and representatives on the
basis of such enumeration, according to the ratios therein
fixed; and whereas, said bill passed both houses of the
said general assembly, but failed to receive the approval
of the governor, and by reason thereof did not become a
law; and whereas, at this session of the general assem-
bly, being the second session following such last enu-
meration of the inhabitants of the state, a bill has been
introduced into the senate fixing the ratios of representa-
tion, and revising and adjusting the apportionment of
senators and representatives on the basis of such enu-
meration of the inhabitants of the state made in the year
1885; and whereas, grave doubts exist as to the constitu-
tionality of such a law, if enacted at this session of the
general assembly: therefore, be it resolved by the senate
of the seventh general assembly of the state of Colorado

that the supreme court be requested to give its opinion as to whether or not the general assembly can at this session, in accordance with the provisions of the constitution, pass a bill revising and adjusting the apportionment of senators and representatives on the basis of the enumeration of the inhabitants of the state made in the year 1885."

PER CURIAM. This is, in substance, the same question recently presented by the house of representatives, and, as in that case, we answer in the affirmative.